UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITA VELASCO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION (OF DELAWARE), LLC dba TRANSUNION;<br><br>Defendants. | Case No. 1:25-cv-01448-ENV-TAM<br><br>**NOTICE OF SETTLEMENT [PENDING]** |

PLEASE TAKE NOTICE that Plaintiff MARGARITA VELASCO MORALES and Defendant TRANS UNION (OF DELAWARE), LLC dba TRANSUNION ("TransUnion") (collectively the "Parties") have reached a settlement in principle resolving all claims asserted by Plaintiff against TransUnion in the above-captioned action. The Parties are in the process of finalizing the settlement agreement and anticipate requiring approximately sixty (60) days to fulfill the terms of their settlement herein. Upon completion of the settlement terms, the Parties will file a stipulation of discontinuance pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties respectfully request that the Court stay all deadlines pending the filing of the stipulation of discontinuance. Additionally, Plaintiff requests that the Court retain jurisdiction to enforce the settlement agreement between the Parties until the stipulation of discontinuance is filed. Plaintiff's counsel is available should the Court require any further information or action.

                                              Respectfully submitted,

Dated: New York, New York
       July 22, 2025

                                        s/ Brian L. Ponder
                                        Brian L. Ponder, Esq. (BP0696)
                                        BRIAN PONDER LLP
                                        TRIAL LAWYERS
                                        745 Fifth Avenue, Suite 500
                                        New York, New York 10151-0099
                                        Telephone: (646) 450-9461
                                        Email: brian@brianponder.com
                                        ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITA VELASCO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION (OF DELAWARE), LLC dba TRANSUNION;<br><br>Defendants. | Case No. 1:25-cv-01448-ENV-TAM<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served today upon Experian's counsel via email.

                Respectfully submitted,

Dated: New York, New York     s/ Brian L. Ponder
    July 22, 2025         Brian L. Ponder, Esq. (BP0696)
                BRIAN PONDER LLP
                TRIAL LAWYERS
                745 Fifth Avenue, Suite 500
                New York, New York 10151-0099
                Telephone: (646) 450-9461
                Email: brian@brianponder.com
                ATTORNEY FOR PLAINTIFF