UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITA VELASCO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION (OF DELAWARE), LLC dba TRANSUNION;<br><br>Defendants. | Case No. 1:25-cv-01448-ENV-TAM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MARGARITA VELASCO MORALES and Defendant TRANS UNION (OF DELAWARE), LLC dba TRANSUNION, by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of this action *with prejudice* as to all claims asserted against Defendant TRANS UNION (OF DELAWARE), LLC dba TRANSUNION.

Each party shall bear its own attorneys' fees and costs.

This stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument. Electronic signatures shall be deemed valid and binding.

SO STIPULATED.

| | |
|---|---|
| /s/ Brian L. Ponder | **BUCHANAN INGERSOLL & ROONEY PC**<br>/s/ |
| Brian L. Ponder, Esq. (BP0696)<br>BRIAN PONDER LLP<br>TRIAL LAWYERS<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151-0099<br>Telephone: (646) 450-9461<br>Email: brian@brianponder.com<br>ATTORNEY FOR PLAINTIFF | Andrew G. Hope (NY ID No. 4913547)<br>Makenzie P. Leh (*Pro Hac* Admission)<br>640 5th Avenue, 9th Floor<br>New York, New York 10019-6102<br>215 665 5322 (o)<br>Andrew.hope@bipc.com<br><br>*Counsel for Defendant Trans Union, LLC* |
| Dated: September 10, 2025 | Dated: September 10, 2025 |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITA VELASCO MORALES,<br><br>                               Plaintiff,<br><br>           v.<br><br>TRANS UNION (OF DELAWARE), LLC dba TRANSUNION;<br><br>                               Defendants. | Case No. 1:25-cv-01448-ENV-TAM<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon all parties of record via CM/ECF.

                                        Respectfully submitted,

Dated: New York, New York            s/ Brian L. Ponder
           September 10, 2025          Brian L. Ponder, Esq. (BP0696)
                                        BRIAN PONDER LLP
                                        TRIAL LAWYERS
                                        745 Fifth Avenue, Suite 500
                                        New York, New York 10151-0099
                                        Telephone: (646) 450-9461
                                        Email: brian@brianponder.com
                                        ATTORNEY FOR PLAINTIFF

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/11/2025

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

2